GEORGE I. SKINNER, as Superintendent of Banks of the
State of New York, Respondent, *v.* CHARLES M.
SCHWAB et al., Defendants, and GEORGE T. ROGERS,
Appellant.

*Banks and banking — action by state superintendent of banks to
enforce statutory liability of stockholders of insolvent trust company in
liquidation.*

*Skinner* v. *Schwab*, 188 App. Div. 469, affirmed.

(Argued March 15, 1920; decided June 1, 1920.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered June 13, 1919, unanimously affirming
a judgment in favor of plaintiff entered upon a decision of
the court on trial at Special Term in an action brought by
the state superintendent of banks to enforce the statutory
liability of the stockholders of an insolvent trust company
in liquidation. Appellant contended that, the trial court
and Appellate Division erred in holding that this appellant,
as a stockholder of the Carnegie Trust Company, was sub-
ject to the double liability imposed upon stockholders of
trust companies incorporated under the Banking Law by
the provisions of paragraph 196 of the Banking Law of
1909, although there was nothing in that section, nothing
in the other sections of the Banking Law and nothing in
the special act which purported to impose any such obli-
gation, and in holding that appellant by paying into the
profit and loss, or surplus account, $100 with each $100
par value of stock subscribed by him did not thereby
acquit himself from any possible liability under any

construction of the special act of incorporation or of the Banking Law.

*John L. Wells* for appellant.

*Samuel S. Koenig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: COLLIN, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Not sitting; ELKUS, J.